UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CHAVON DENISE SIMMS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| NANCY A. BERRYHILL, | ) | |
| *Acting Commissioner of Social Security,* | ) | Case No. 5:17-CV-239-KS |
| Defendant. | ) | |
| | ) | |

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' consent motion to remand.

IT IS ORDERED, ADJUDGED AND DECREED the court GRANTS defendant's Motion to Remand [DE-26]. The court hereby remands this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

This judgment filed and entered on **January 22, 2018,** with electronic service upon:

**Karl Osterhout,** *Counsel for Plaintiff*
**Paul Eaglin,** *Counsel for Plaintiff*
**Mark Goldenberg,** *Counsel for Defendant*


**PETER A. MOORE, JR.,**
CLERK, U.S. DISTRICT COURT


/s/ *Shelia Foell*
(By): Shelia Foell, Deputy Clerk of Court