UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHAVON DENISE SIMMS,  )
      Plaintiff,  )
                           )
                           ) **JUDGMENT**
    v.  )
                           ) Case No. 5:17-CV-239-KS
NANCY A. BERRYHILL,  )
*Acting Commissioner of Social Security,*  )
      Defendant.  )

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED that the Defendant pay to the Plaintiff $6,800.00 in attorney's fees, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

This judgment filed and entered on April 23, 2018, with *electronic service* upon:

**Karl E. Osterhout**
**Paul B. Eaglin**
*Counsel for Plaintiff*

**Mark Goldenberg**
**Cassia W. Parson**
*Counsel for Defendant*

                                                             **PETER A. MOORE, JR.**
                                                             **CLERK, U.S. DISTRICT COURT**

April 23, 2018                                                /s/ *Shelia D. Foell*
                                                                 (By): Shelia D. Foell, Deputy Clerk